**Norman Gerald DANIELS III,**
**Plaintiff-Appellant,**

v.

**Stu SHERMAN, Warden,**
**Defendant-Appellee.**

No. 17-15705

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 23, 2018

Norman Gerald Daniels, III, Pro Se

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

### MEMORANDUM **

California state prisoner Norman Gerald Daniels III appeals pro se from the magistrate judge's order dismissing his 42 U.S.C. § 1983 action alleging claims related to his legal blindness. We review de

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

novo whether the magistrate judge validly entered judgment on behalf of the district court. *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014). We vacate and remand.

Daniels consented to proceed before the magistrate judge. *See* 28 U.S.C. § 636(c). The magistrate judge then screened and dismissed Daniels's action before the named defendant had been served. *See* 28 U.S.C. §§ 1915A(b)(1), 1915(e)(2)(B)(ii). Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.